IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|         Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO. DNCW303CR000208-3 |
| ) | (Financial Litigation Unit) |
| KEVIN TRAVIS PORTER ) | |
|         Defendant, ) | |
| ) | |
| and ) | |
| ) | |
| PHYSICAL THERAPY, INC., ) | |
|         Garnishee. ) | |

**DISMISSAL OF ORDER OF CONTINUING GARNISHMENT**

Upon Motion of the United States for the reasons stated therein and for good cause shown, it is ORDERED that the Order of Continuing Garnishment filed in this case against Defendant Kevin Travis Porter is DISMISSED.

**SO ORDERED**.

Signed: March 24, 2016

_____
David S. Cayer
United States Magistrate Judge