# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## 3:03-cr-00208-GCM-SCR

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>**Plaintiff,** )<br> )<br>v. )<br> )<br>**KEVIN TRAVIS PORTER,** )<br>**Defendant.** )<br> ) | **WRIT OF EXECUTION** |

TO THE UNITED STATES MARSHAL AND EDWARD JONES:

An amended judgment was entered on November 2, 2004 (Doc. No. 50) in the United States District Court for the Western District of North Carolina, in favor of the United States of America and against Defendant, Kevin Travis Porter, whose last known address is XXXXXXX, Gaffney, SC XXXXX, in the sum of $281,164.00. The balance on the account as of May 22, 2024, is $159,923.68.

YOU ARE HEREBY COMMANDED pursuant to 18 U.S.C. § 3613 and 28 U.S.C. § 3203 to satisfy the judgment by levying and/or executing on property, and Edward Jones is commanded to turn over property, in a timely manner and no later than ninety (90) days after the date of the issuance of this Writ of Execution, in which Defendant, Kevin Travis Porter, Social Security Number XXX-XX-9952, has a substantial nonexempt interest, the property being any and all funds located in Edward D. Jones & Co., L.P., d/b/a Edward Jones, accounts, held in the name of Kevin Travis Porter, individually, at the following address:

> EDWARD D. JONES & CO., L.P. D/B/A EDWARD JONES
> C/O CT CORPORATION SYSTEM
> 160 MINE LAKE CT., STE. 200
> RALEIGH, NC 27615

YOU ARE FURTHER COMMANDED to turn over the net proceeds of the levied property to the United States Clerk of Court. The payment must be mailed to:

UNITED STATES DISTRICT CLERK OF COURT
ATTN: FINANCE DEPARTMENT
401 WEST TRADE STREET
CHARLOTTE, NC 28202

To ensure that the payment is credited properly, the following information should be included on the check: Case Number DNCW3:03CR000208-003 and Defendant's Name Kevin Travis Porter.

YOU ARE FURTHER COMMANDED that the levy shall not exceed property reasonably equivalent in value to the balance on the account of $159,923.68.

**SO ORDERED**.

Signed: May 24, 2024

_____
Susan C. Rodriguez
United States Magistrate Judge